

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2019

No. 04-19-00022-CV

**IN RE CYNTHIA CADWALLADER OCHSE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Patricia O. Alvarez, Justice
              Irene Rios, Justice
              Liza A. Rodriguez, Justice

On January 18, 2019, this court issued an order substituting the Honorable Monique Diaz as respondent in this original proceeding, and abating the case for 60 days from the date of the order. On March 8, 2019, relator filed an unopposed motion for extension of time in which to file an amended petition and appendix.

The motion is GRANTED and relator is ORDERED to file an amended petition for writ of mandamus and appendix no later than April 1, 2019.

It is so **ORDERED** on March 12, 2019.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-CI-05727, styled *William W. Ochse, IV and Chloe Ochse Seiler v. William W. Ochse, III Individually and as Trustee of the William W. Ochse, III Family 2008 Trust*, pending in the 37th Judicial District Court, Bexar County. The ruling complained of in this original proceeding was made from the bench by the Honorable Renee Yanta, former presiding judge of the 150th Judicial District Court, Bexar County, Texas.